## SECOND DEPARTMENT, DECEMBER, 1920.

GERTRUDE J. BATES, as Administratrix, etc., of JOSEPH BATES, Deceased, Respondent, v. ALLAN WILSON, etc., Appellant.— Motion granted and stay continued pending appeal, upon condition that appellant perfect the appeal and be ready to argue the same on Friday, December 17, 1920, at ten A. M.; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

CLINTON SECURITIES CORPORATION, Appellant, Respondent, v. FLORA E. BESSETT and Another, Respondents, Appellants.— Motions granted, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

ROSE M. PALMER and LILLIAN PALMER, Respondents, v. ROTARY REALTY COMPANY, INC., and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENNIE REINA, Appellant.— Motion denied upon condition that appellant perfect the appeal, place the cause upon the calendar for the February term, 1921, and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES A. GRAEBER, Respondent, v. WILLIAM R. FAGAN, Clerk of the Municipal Court, City of New York, Borough of Brooklyn, Sixth District, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

LOUIS TREUHAFT, Respondent, v. MORITZ BENDER and Another, Appellants. JULIUS TREUHAFT, an Infant, etc., Respondent, v. MORITZ BENDER and Another, Appellants.— Both motions denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

JOHN R. WOFIELD and ALVIN S. MERSEREAU, Respondents, v. W. BECKERS ANILINE & CHEMICAL WORKS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

OSCAR ANDERSON, Appellant, v. JOSEPH BARNETT, Respondent.— Judgment and order reversed and new trial granted, with costs to abide the event, upon the ground that the case was for the jury, both on the question of defendant's negligence and plaintiff's contributory negligence. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

NORMAN ANDERSEN, Appellant, v. MICHAEL COMPETIELLO and CECELIA COMPETIELLO, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

CARPENTERS' UNION, an Unincorporated Association, and Others, Respondents, v. BROWNSVILLE LABOR LYCEUM ASSOCIATION, Appellant.— Order reversed, with ten dollars costs and disbursements, upon the ground that there was no authority in the court at Special Term to grant an injunction *pendente lite*, in the absence of a complaint in the action (See *Koenig* v. *Eagle Waist Co., Inc.*, 176 App. Div. 726), and motion denied, with ten dollars costs. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.